IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-62-AP**

**JOYCE GALLAGHER,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion to Modify Briefing Schedule (doc. #16), filed August 9, 2007, is GRANTED.  Opening brief is due September 17, 2007; response brief is due October 17, 2007; reply brief is due November 1, 2007.

---

Dated:  August 9, 2007