IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-62-AP**

**JOYCE GALLAGHER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's 2nd Unopposed Motion to Modify Briefing Schedule (doc. #19), filed September 12, 2007, is GRANTED.  Opening brief is due October 18, 2007; response brief is due November 19, 2007; reply brief is due December 10, 2007.

Dated:  September 14, 2007