IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00062-AP

JOYCE N. GALLAGHER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

The Court has received and reviewed Defendant's Unopposed Motion for Remand (doc. #27) filed October 31, 2007. The Motion is GRANTED. Pursuant to sentence four of 42 U.S.C. § 405(g) the case is remanded for further administrative proceedings.

Upon remand, the Social Security Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further administrative proceedings, including a supplemental hearing; Plaintiff will have the opportunity to submit additional evidence relevant to her claim; and the ALJ will be directed to perform the following upon remand:

    Develop the record and consider all relevant evidence, including all additional medical evidence, when determining whether, and when, Plaintiff experienced medical improvement.

    Reassess Plaintiff's residual functional capacity.

    If it is determined that Plaintiff experienced medical improvement related to her ability to perform work activities, obtain additional vocational expert

testimony.

Consider whether, as Plaintiff claims, her subsequent initial claims should be consolidated with appeal of the cessation issue.

DATED this 31st day of October, 2007.

          BY THE COURT:


          *S/John L. Kane*
          JOHN L. KANE, Judge
          U.S. District Court, District of Colorado